# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROXANNE DORWARD, et al.,** | : | |
| Plaintiffs | : | No. 1:14-cv-01943 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **VERIZON PENNSYLVANIA, INC.,** | : | (Magistrate Judge Mehalchick) |
| Defendant | : | |

## ORDER

Before the Court is the February 2, 2017 Report and Recommendation of Magistrate Judge Mehalchick (Doc. No. 39), which recommends that the Court grant Defendant Verizon Pennsylvania, Inc.'s motion for summary judgment. (Doc. No. 28.) No timely objections have been filed. **ACCORDINGLY**, on this 17th day of February 2017, upon independent review of the record and the applicable law, **IT IS HEREBY ORDERED THAT**:

1. The Court adopts the Report and Recommendation of Magistrate Judge Mehalchick (Doc. No. 39);

2. Defendant Verizon Pennsylvania, Inc.'s motion for summary judgment (Doc. No. 28), is **GRANTED**;

3. Judgment is entered in favor of Defendant Verizon Pennsylvania, Inc.; and

4. The Clerk of Court is directed to close the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania